**FILED**

JAMES CONERLY      PRO PER
MARILYN Y. TILLMAN-CONERLY PRO PER
1501 AMAZON AVENUE
SACRAMENTO, CA. 95835-1929
(916) 595-2210

SEP -7 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:21 - CV 1600 - KJM KJN PS

| | |
|---|---|
| JAMES CONERLY AND | Case No.: _____ |
| MARILYN Y. TILLMAN-CONERLY, | |
| PLAINTIFFS, | **Complaint For A Civil Rights Case** |
| vs., | **Jury Trial requested** |
| JAMIE DAVENPORT, PETER K. SOUTHWORTH, KIVONNE NASH, OFFICIAL PEST PREVENTION INC., AND SUPERIOR COURT OF SACRAMENTO | |
| Defendants. | |

I.      **The Parties To This Case**

   A. **Plaintiffs**

      1. James Conerly

         1501 Amazon Avenue

         Sacramento, California 95835-1929

COMPLAINT FOR A CIVIL RIGHTS CASE JURY TRIAL REQUESTED - 1

    (916) 595-2210

  2. Marilyn Y. Tillman- Conerly

    1501 Amazon Avenue

    Sacramento, California 95835-1929

    (916) 595-22310

**B. Defendants**

  1. Jamie Davenport

    10139 Iron Rock Way

    Elk Grove, California 95624

    (916) 686-7960

  2. Peter K. Southworth

    Small Claims/Unlawful Detainer Unit

    301 Bicentennial Circle

    Sacramento, California 95826-2701

    (916) 875-7746

  3. Superior Court Of Sacramento, County Of Sacramento

    301 Bicentennial

    Sacramento, California 95826

    (916) 875-7746.

  4. Official Pest Prevention LLC. *& Kivonne Nash*

    *5.*

    10139 Iron Rock Way   //

    Elk Grove, California 95624   //

    (916) 686-7960   //

**II. Basis for Jurisdiction**

COMPLAINT FOR A CIVIL RIGHTS CASE JURY TRIAL REQUESTED - 2

Under United States Civil Codes 1328 U.S.C. Section 13431, Plaintiffs bring this case under the **Federal United State Constitution** Due Process 14th Amendment, the Government, 5th Amendment Government Taking Property Clause, the Civil Rights Act 1964, **Res judicata**, Government (to include other agencies [Government and Private] to strategize, plan, agree, and work together in a Conspiracy, Racial Systemic Discrimination, and Retaliation. In Case, of (Knick vs. Township Scott Pennsylvania 588 U.S., 139 S. Ct. 2162; L. ed. 558) involving a case of Government Taking. Plaintiffs' suit is for more than $75,000.00 because Plaintiffs seek $80,000,0000.00 which is more than the basic amount required to qualify. Government taking of Plaintiffs' private property is at issue which comes under the U.S. Supreme court ruling in the stated case of Knick vs, Township of Scott Pennsylvania and also allows Plaintiffs to go directly into Federal District Court. Plaintiffs were Defamed (slander and liable) in their neighborhood, family, and other places such as Church.

**Statement of Claim**

**Supportive Facts**:

Plaintiffs began to receive harassing, mean-spirited and unpleasant phone calls of threats from Official Pest Prevention LLC's Agents and Representatives, to include Defendant Jamie Davenport (also known to Plaintiffs as Benjamin James Davenport), and Official Pest Prevention LLC's Agent Monica Agent Jennifer, Agent Jeff. Plaintiffs/at that time, Defendants, paid to obtain an official copy of the mechanics; lien; sent a letter to defendants to release the mechanics lien. Defendants failed to release. Plaintiffs as Defendants in Small Claims Court, were required to respond to the mechanics lien by the way of court as required. Plaintiffs/then Defendants, received a ruling, judgment, and court order in their

COMPLAINT FOR A CIVIL RIGHTS CASE JURY TRIAL REQUESTED - 3

favor, and Plaintiffs at that time/ now Defendants failed to appear. Plaintiffs at that time/now Defendant again, filed another unlawfully case in the small claims' court, after Defendants at that time, brought Defendants at that time/ now Plaintiffs back to Small Claims Court to re-litigate the same Cause Of Action (seeking payment from the Conerlys that had already been ruled on in the Conerly's favor), in other words, a double or second trial and hearing. Plaintiffs asserted "Res Judicata" and "Double Jeopardy" before Judge Peter K. Southworth, but the judge misapplied the law and ruled in the favor of Mr. Jamie Davenport (aka, Benjamin James Davenport).

**On June 9, 2020 at #27:30 PM**, Defendant, Official Pest Prevention LLC. by means Agent KiVonne Nash, unknowingly to Plaintiffs James Conerly and that Marilyn Y. Tillman-Conerly, had a recorded "bogus mechanics lien" placed on Plaintiffs' Home Property and Money Property. Plaintiffs James Conerly and Marilyn Y. Tillman -Conerly became aware of the Mechanics Lien by Plaintiffs' Veterans Administration Processors informing Plaintiffs of their home having a mechanics lien it, that eventually disqualified Plaintiffs from purchasing the new loan that Plaintiffs were applying for and the then current home they were living in was devalued due directly to the "bogus mechanics lien." Defendants' unlawful that maliciously Violated Plaintiffs' Constitutional Civil Rights by unlawfully depriving them of their property and the enjoyment with peaceful possession therein. Immediately, prior to the mechanics lien at issue, Plaintiffs' daughter had just experienced a "bogus lien" that had unknowingly been placed on her home. Plaintiffs' daughter became aware of the mechanics lien by her mortgage processor informing her that she could not continue with selling her home in time to purchase another home that was in the escrow stage.

COMPLAINT FOR A CIVIL RIGHTS CASE JURY TRIAL REQUESTED - 4

## NOW COMES PLAINTIFFS TO SUE FOR DAMAGES AND INJURIES:

1) Plaintiffs were treated different and discriminative than other Veterans.
2) Plaintiffs did not get proper rights to receive litigate and receive relief.
3) Official Pest Prevention LLC and its Agent joined in with the Judge to violate Plaintiffs Constitutional Rights and intentionally damage Plaintiffs by causing Plaintiffs to lose a home that was already in escrow and deprive plaintiffs of their Veterans' Benefits.
4) Plaintiffs were also deprived of the peaceful and enjoyment of the home that Plaintiffs were living in, and became very worried and stressed.
5) Defendants listed herein this case at hand did join in and agree with other Government agencies and other private agencies/individuals to intentionally cause the stated harm and damages to all Plaintiffs herein this case.

### III. Relief

Plaintiffs seek to be Restored and be Made Whole, compensated for all injuries, harm, damages, losses, $80,000,000.00. The Right To Be Left Alone By All Defendants in this case, their acquaintances, friends, families, and anyone that they make contact with. The right to Punitive Damages in order to deter bad and unlawful **Conduct.** A ruling, decision, judgment, and order in Plaintiffs herein this case to be awarded as just previously mentioned, for any and all damages, harm, injuries and alike for future damages coming after the relief in this suit at hand.

### IV. Certificate Closing

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case

COMPLAINT FOR A CIVIL RIGHTS CASE JURY TRIAL REQUESTED - 5

related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case

Signed: _____  Dated: September 1, 2021
James Conerly

Signed: _____  Dated: September 1, 2021
Marilyn Y. Tillman Conerly

COMPLAINT FOR A CIVIL RIGHTS CASE JURY TRIAL REQUESTED - 6