UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CONERLY, et al., | No. 2:21-cv-1600-KJM-KJN (PS) |
| Plaintiffs, | ORDER |
| v. | |
| JAMIE DAVENPORT, et al., | |
| Defendants. | |

On September 16, 2021, the magistrate judge filed findings and recommendations (ECF No. 6), which were served on plaintiffs and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On September 30, 2021, plaintiffs filed objections to the findings and recommendations (ECF No. 9), which have been considered by the court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. Plaintiffs' suggestion in their objections that the magistrate judge has displayed bias toward them are unsupported by anything in the record before the court.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 6) are ADOPTED IN FULL;
2. This case is DISMISSED for lack of subject matter jurisdiction; and
3. The Clerk of Court is instructed to close the case.

DATED: December 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE