## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JAMES CONERLY, ET AL.,**

              v.

**JAMIE DAVENPORT, ET AL.,**

                    **JUDGMENT IN A CIVIL CASE**

CASE NO: **2:21–CV–01600–KJM–KJN**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/9/2021**

                                     **Keith Holland**
                                      Clerk of Court

ENTERED: **December 9, 2021**

                       by: /s/ J. Donati
                              Deputy Clerk